UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH ANTHONY GRANETO, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> HARRY HUMPERT, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:23-CV-0076-G-BK |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED**.

February 13, 2023.

*C. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**